AUGUST HELLER, as Administrator, etc., of JACOB HELLER, Deceased, Appellant, v. THE ROBINS DRY DOCK AND REPAIR COMPANY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

WILLIAM F. HOLMES, Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Blackmar and Jaycox, JJ., concur; Kelly, J., dissents.

ANNA HORVATH, Appellant, v. WALKER D. HINES, as Director-General of Railroads (Long Island Railroad), Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Kapper at Special Term. [Reported in 111 Misc. Rep. 398.] Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

ROYAL B. KEENE, Appellant, v. WALKER D. HINES, as Director-General of Railroads (Long Island Railroad), Respondent.— Order affirmed, with ten dollars costs and disbursements. (See Horvath v. Hines, ante, p. 907, decided herewith.) Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

In the Matter of the Petition of LOUIS G. BARTH, Appellant, to Recover Possession of Certain Property from JOHN LOWELL, Respondent.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. The petition does not state that the petitioner's lease was for the full period of the former lease, and, therefore, it does not appear that it had the effect of an assignment. Jenks, P. J., Mills, Blackmar and Jaycox, JJ., concur; Kelly, J., dissents.

In the Matter of the Estate of TERRANCE P. BRENNAN, Deceased. In the Matter of the Application of ANNA BRENNAN, Respondent, for an Order Revoking Letters of Administration Issued on the Above Estate to JOSEPH H. BRENNAN, Appellant, and for Other Relief.— Decree of the Surrogate's Court of Kings county in so far as appealed from reversed, upon the ground that the finding of the surrogate that the applicant was the legitimate child of the deceased was contrary to the evidence, with costs to the appellant payable out of the estate. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Petition of WILLIAM SHEAFE CHASE, Appellant, to Prove the Last Will and Testament of WILLIAM ALEXANDER COLEMAN, Late of the County of Kings, Deceased. BRIDGET FLYNN, Respondent.— Decree of the Surrogate's Court of Kings county reversed as contrary to the evidence, and for error in the admission of testimony at folios 250, 251 and 252, and new trial ordered, with costs to abide the event. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of JUNIPER AVENUE, etc. THADDEUS FIRTH, JR., and Another, Appellants; THE BROOKLYN HEIGHTS RAILROAD COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon authority of our decision on the previous appeal (177 App. Div. 934). Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.